In the Matter of RAYMOND C. MILLER SR., Appellant, v PATRICIA A. MILLER, Respondent. (And Another Related Proceeding.)

Submitted December 6, 2010; decided January 18, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the dismissal of the application to adjudicate respondent in violation of an order of visitation, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Judge PIGOTT taking no part.

ALFONSO MORETTI et al., Appellants, v CRONISER CONSTRUCTION CORPORATION, Defendant, and RAYMOND CRONISER, Respondent.

Submitted November 22, 2010; decided January 18, 2011

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).